# THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:   RED MESA HOLDINGS/O&G LLC | : | Case No. 15-10570/KJC |
| | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

## NOTICE OF CHANGE FROM NO-ASSET TO ASSET
## AND REQUEST TO THE CLERK TO FIX BAR DATE
## TO FILE CLAIMS AGAINST THE ESTATE

**TO T. PATRICK TINKER, ASSISTANT UNITED STATES TRUSTEE,** Alfred T. Giuliano, Chapter 7 Trustee, the Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee requests the Clerk to fix the bar date to file claims against the estate.

| | |
|---|---|
| <u>March 26, 2015</u> | <u>/s/ Alfred T. Giuliano, Chapter 7 Trustee</u> |
| Dated | Alfred T. Giuliano, Chapter 7 Trustee |
| | Berlin Business Park |
| | 140 Bradford Drive |
| | West Berlin, NJ 08091 |
| | (856) 767-3000 |
| | (856) 596-8688 (Fax) |