25

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RED MESA HOLDINGS/O&G, LLC,[1] | Case No. 15-10570 (KJC) |
| Debtor. | Re: Docket No. 72, 75 |

## ORDER APPROVING FIRST INTERIM APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE TRUSTEE FOR THE PERIOD MARCH 16, 2015 THROUGH APRIL 30, 2016

Giuliano Miller and Company, LLC ("GMCO"), Accountants to Alfred T. Giuliano, Chapter 7 Trustee for the estate of Red Mesa Holdings/O&G, LLC, having filed a First Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") for the period of March 16, 2015 through April 30, 2016, and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and for other and good cause:

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED on an interim basis.

2.      GMCO be and hereby is awarded compensation in the amount of $86,294.50 for services rendered, and $2,517.43 for costs and expenses incurred for the period March 16, 2015 through April 30, 2016, for a total of $88,811.93.

---

[1] The last four digits of the Debtor's federal tax identification number are 7067.

3.      Payment may be made by the Chapter 7 Trustee to GMCO of 100% of any and all

fees and 100% of any and all expenses hereto that have not yet been paid in satisfaction of the

allowed fees for services rendered and expenses incurred in this chapter 7 case from the assets of

the Debtor's estate.

Date:  September 14, 2016

_____
The Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE